UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHARON WILKINS,

JUDGMENT
08-CV-4020 (JG)

                      Plaintiff,

-against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                      Defendant.
-----------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ MAY 12 2009 ★

P.M. _____
TIME A.M. _____

An Order of Honorable John Gleeson, United States District Judge, having been filed on May 8, 2009, denying defendant's motion for judgment on the pleadings; granting plaintiff's cross-motion for judgment on the pleadings; and remanding the case for further proceedings consistent with the Court's Memorandum and Order of May 8, 2009; it is

ORDERED and ADJUDGED that defendant's motion for judgment on the pleadings is denied; that plaintiff's cross-motion for judgment on the pleadings is granted; and that the case is remanded for further proceedings consistent with the Court's Memorandum and Order of May 8, 2009.

Dated: Brooklyn, New York
        May 11, 2009

ROBERT C. HEINEMANN
Clerk of Court

By s/Terry Vaughn
Chief Deputy